# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. GENTRY, | 1:09-cv-00803-SMS (HC) |
| Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| v. | |
| D.K. SISTO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   May 26, 2009**          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

1